Japhis LAMPKINS, Sr., Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 440, 2016

Supreme Court of Delaware.

Submitted: January 24, 2017

Decided: February 27, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 80001076DI

AFFIRMED.

■

Earl STRONG, Defendant
Below–Appellant,

v.

WELLS FARGO BANK, NA, Plaintiff
Below–Appellee.

No. 508, 2016

Supreme Court of Delaware.

Submitted: January 13, 2017

Decided: February 27, 2017

Court Below: Superior Court of the
State of Delaware, C.A. No. K15C–03–003

AFFIRMED.

■

Juan J. ORTIZ, Sr., Plaintiff
Below–Appellant,

v.

Paul WARFIELD, et al., Defendants
Below–Appellees.

No. 435, 2016

Supreme Court of Delaware.

Submitted: January 27, 2017

Decided: March 2, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. N16A–05–001

AFFIRMED.

■

Thomas L. FLEETWOOD, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 69, 2017

Supreme Court of Delaware.

Submitted: February 27, 2017

Decided: March 2, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID 1503013906

DISMISSED.